

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREECONFERENCE.COM, INC.<br>1800 Vine Street, Suite 222<br>Los Angeles, CA 90028<br><br>   Plaintiff,<br><br>v.<br><br>ATT, INC.<br>175 E. Houston<br>San Antonio, Texas 78205<br><br>AT&T COMMUNICATIONS<br>SERVICES, INC.,<br>175 E. Houston<br>San Antonio, Texas 78205<br><br>AT&T CORP.<br>1 AT&T Way<br>Bedminister, New Jersey 07921<br><br>and<br><br>AT&T MOBILITY, INC.<br>5565 Glenridge Connector<br>Atlanta, Georgia 30342<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for **FREECONFERENCE.COM, INC.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **FREECONFERENCE.COM, INC.**, which do not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: Washington, D.C.
March 23, 2007

Respectfully submitted,

By: _____
John W. Schryber
    DC Bar# 450484
Jonathan L. Rubin
    DC Bar# 353391
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 fax

*Attorneys for Plaintiff*