AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FREECONFERENCE.COM, INC.,

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER   1:07-cv-00574-PLF

AT&T, INC., et al.,

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jonathan L. Rubin   as counsel in this
                 (Attorney's Name)

case for:   FREECONFERENCE.COM, INC.
       (Name of party or parties)

March 28, 2007
Date

                 Signature

                 Jonathan L. Rubin
                 Print Name

D.C. Bar No. 353391
BAR IDENTIFICATION

                 2550 M Street., N.W.
                 Address

                 Washington, D.C.   20037
                 City      State      Zip Code

                 202-457-6531
                 Phone Number