UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## WAIVER OF SERVICE OF SUMMONS

RE: *FREECONFERENCE.COM, INC. v. ATT, INC. et al.*, No. 1:07-cv-00574-PLF

TO: Jonathan Rubin
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037

I acknowledge receipt of your request that I waive service of a summons in the action of *FREECONFERENCE.COM, INC. v. ATT, INC. et al.*, which is case number 1:07-cv-00574-PLF in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action.

I, acting on behalf of the defendants in the above-referenced matter ("Defendants"), agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the Defendants be served with judicial process in the manner provided by Rule 4.

The Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the Defendants if an answer or motion under Rule 12 is not served upon you within 60 days after March 29, 2007.

Michael K. Kellogg
Mark C. Hansen
Sean A. Lev
Evan T. Leo
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
Sumner Square
1615 M St., N.W., Suite 400
Washington, D.C. 20036
Tel.: 202-326-7900
Fax: 202-326-7999

Dated: March 29, 2007

*Attorneys for the Defendants in* FREECONFERENCE.COM, INC. v. ATT, INC. et al., *No. 1:07-cv-00574-PLF in the United States District Court for the District of Columbia.*