UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREECONFERENCE.COM, INC. )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>ATT, INC., AT&T COMMUNICATIONS )<br>SERVICES, INC., AT&T CORP., and  )<br>AT&T MOBILITY, INC.,    )<br>)<br>Defendants.    )<br>_____) | Civil Action No. 1:07-cv-00574-PLF |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, FREECONFERENCE.COM, INC., by and through its undersigned attorneys and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice, and states

1.  No adverse party has served an answer or motion for summary judgment prior to the service or filing of this Notice.

Dated: Washington, D.C.
       May 11, 2007

                                          By: /s/ Jonathan Laurence Rubin
                                          Jonathan L. Rubin
                                              D.C. Bar No. 353391
                                        **Patton Boggs LLP**
                                        2550 M Street, N.W.
                                        Washington, D.C. 20037
                                        (202) 457-6000
                                        (202) 457-6315 (fax)
                                        *Attorneys for Plaintiff,*
                                              *FREECONFERENCE.COM, INC.*

4886404

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of May, 2007 the foregoing Notice of Voluntary Dismissal Without Prejudice was filed with the U.S. District Court for the District of Columbia by electronic means via CM/ECF and served by mailing a copy thereof to:

Michael K. Kellogg, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
*Attorneys for Defendants*

via U.S. mail first class and via e-mail to: mkellogg@khhte.com.

/s/ Jonathan Laurence Rubin_____